■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANNON JOHNSON, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed. Memorandum: In exchange for a negotiated sentence of two concurrent terms of 2 to 4 years, defendant waived his right to appeal from a judgment entered upon a jury verdict and from a judgment entered upon a plea of guilty *(see, People v Seaberg,* 74 NY2d 1). The record demonstrates that the waiver was knowingly, intelligently and voluntarily entered. (Appeal from judgment of Monroe County

Court, Maloy, J.—forgery, second degree.) Present—Dillon, P. J., Callahan, Boomer, Green and Balio, JJ.